# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: (631) 247-4660
MY EMAIL ADDRESS IS: MARC.WENGER@JACKSONLEWIS.COM

February 6, 2019

**VIA ECF**

Honorable Gary R. Brown
United States Magistrate Judge
United States Courthouse
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

Re:  Cara Trimboli v. The County of Nassau, and Tom Corona, and Thomas Krumpter, in their official and individual capacities
Case No. 17-CV-07441

Dear Magistrate Judge Brown:

We are counsel for the Defendants. We are writing, jointly with Plaintiff, to provide a status report pursuant to the Court's Order dated January 23, 2019. The parties still are actively working together to agree upon an acceptable calculation for determining Plaintiff's alleged lost wages for settlement purposes. The parties intend to reach an agreement on this matter within the next two weeks, by February 20, 2019, and to have a fully executed settlement agreement in place within the next two months, by March 6, 2019.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS P.C.

Marc S. Wenger, Esq.

MSW/acz
cc: Rick Ostrove, Esq. (via ECF)

4834-0282-8423, v. 2