# LEEDS BROWN LAW, P.C.
One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law*_____

December 13, 2019

*Via ECF*

Honorable Judge Gary R. Brown
United Stated District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     Trimboli v. County of Nassau, et al.
        17-CV-7441

Dear Judge Brown:

    I represent the Plaintiff in the above matter. As the Court is aware, the parties have engaged in extensive settlement negotiations. We have a draft settlement agreement – we cannot seem to finalize a settlement.

    I respectfully request that the Court set this matter for a settlement conference, ideally sometime after January 6, 2019.

    Thank you for your consideration of this request.

Respectfully submitted,

LEEDS BROWN LAW, P.C.

_____s/_____
Rick Ostrove